# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACOB E. KIRK,<br><br>Defendant. | Case No.  1:14-mj-00163-SAB-1<br><br>ORDER CONTINUING REVIEW HEARING TO SEPTEMBER 17, 2015 AND REQUIRING DEFENDANT TO PROVIDE PROOF OF COMMUNITY SERVICE HOURS AND COMPLETION OF DUI PROGRAM |

Defendant Jacob E. Kirk entered a plea in this action on November 20, 2014 and was sentenced to one year of unsupervised probation, a $1,200.00 fine, special assessment of $10.00, 25 hours of community service to be completed by March 20, 2015, and to attend a first time DUI Offender Program.  (ECF No. 9.)  A probation review hearing is set for September 3, 2015. Defendant submitted a probation status report on August 20, 2015 which does not indicate that Defendant has completed his community service hours or the DUI Offender Program.

Defendant shall provide documentation of completion of the DUI Offender Program all community service hours completed to date.  The form to document community service hours can be found at the United States District Court for the Eastern District of California's website (http://www.caed.uscourts.gov) under Judges; United States Magistrate Judge Stanley A. Boone (SAB) in the area entitled "Misdemeanor/CVB" "Standard Forms" and then "Community Service Verification".

Accordingly, IT IS HEREBY ORDERED that:

1. The review hearing set for September 3, 2015 is CONTINUED to **September 17, 2015 at 10:00 a.m.** in Courtroom 9;

2. Defendant shall personally appear at the September 17, 2015 hearing;

3. **On or before September 10, 2015**, Defendant shall submit to the Court's Courtroom Deputy a fully completed Community Service Verification (CAED (Fresno)- Misd.7) and a certificate of completion of the DUI Offender Program with a copy to the Government; and

4. Failure to comply with this order will result in a revocation of Defendant's probation.

IT IS SO ORDERED.

Dated:  **August 27, 2015**

UNITED STATES MAGISTRATE JUDGE